ORIGINAL

**SEALED**

**BY ORDER OF THE COURT**

WARNING: THIS IS A SEALED DOCUMENT CONTAINING NON-PUBLIC INFORMATION

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Deputy Chief, Violent Crime and Drugs Section

MICHAEL F. ALBANESE #9421
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
E-mail: Michael.albanese@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 0 1 2018
at 2 o'clock and 10 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAG. NO. 18-00836 KSC |
| Plaintiff, | ) EX PARTE MOTION TO SEAL |
| | ) COMPLAINT, AFFIDAVIT, |
| vs. | ) AND DECLARATION; DECLARATION OF |
| | ) COUNSEL; ORDER GRANTING |
| WAYNE MILLER, | ) EX PARTE MOTION TO SEAL |
| | ) COMPLAINT, AFFIDAVIT, |
| | ) AND DECLARATION |
| Defendant. | ) |

EX PARTE MOTION TO SEAL COMPLAINT,
AFFIDAVIT AND DECLARATION

The United States of America, by and through its undersigned counsel, hereby moves this Honorable Court for an

Order sealing the Complaint and Affidavit attached to the Complaint in the above-entitled matter and the Declaration of Counsel attached hereto on the ground that investigation into the matter is ongoing, and disclosure of the information contained in the Complaint and Affidavit may interfere with said investigation.

This motion is made pursuant to the inherent power of this Court, and is based upon the records and files of this case and the attached Declaration.

DATED: _August 1, 2018_, at Honolulu, Hawaii.

KENJI M. PRICE
United States Attorney
District of Hawaii

By _/s/ Michael F. Albanese_
MICHAEL F. ALBANESE
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAG. NO. _____ |
| Plaintiff, | ) |
| vs. | ) DECLARATION OF COUNSEL |
| WAYNE MILLER, | ) |
| Defendant. | ) |

DECLARATION OF COUNSEL

I, MICHAEL F. ALBANESE, upon penalty of perjury, declare and state that the following is true and correct to the best of my knowledge and belief:

1. I am an Assistant U.S. Attorney with the U.S. Attorney's Office for the District of Hawaii. I am familiar with the criminal investigation described in the Affidavit attached to the Criminal Complaint in the above-captioned Magistrate's Case.

2. I am informed and believe that said investigation is ongoing and will continue beyond the date of the filing of the Complaint, including after the matter is presented to the grand jury for Indictment or other disposition.

3. The Affidavit relates information obtained during the course of the investigation and reflects, at least in part,

the nature, direction, and status of the investigation.

4. I am informed and believe that law enforcement officers do not believe that the persons identified during the course of the investigation know all of the information disclosed in the Affidavit, particularly the identity of some of the participants in the transaction described in the Affidavit.

5. I am informed and believe that law enforcement officers believe that disclosure of all of the information contained in the Complaint and Affidavit will jeopardize their intended future investigation.

6. I am informed and believe that law enforcement officers are concerned for the safety of the individual(s) providing some of the information on which the Complaint and Affidavit are based.

DATED: _August 1, 2018_, at Honolulu, Hawaii.

KENJI M. PRICE
United States Attorney
District of Hawaii

By _/s/ Michael F. Albanese_
MICHAEL F. ALBANESE
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO. _____ |
| ) | |
| Plaintiff, ) | |
| ) | ORDER GRANTING EX PARTE |
| vs. ) | MOTION TO SEAL COMPLAINT, |
| ) | AFFIDAVIT AND DECLARATION |
| ) | |
| WAYNE MILLER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

ORDER GRANTING EX PARTE MOTION TO SEAL COMPLAINT,
AFFIDAVIT AND DECLARATION

The Court having considered the United States of America's Ex Parte Motion to Seal Complaint, Affidavit, and Declaration and good cause appearing therefor,

It is hereby ordered that the Complaint, Affidavit in Support of the Complaint, and Declaration in Support of the Ex Parte Motion in regard to the above-entitled matter be sealed until further Order of this Court.

DATED: ___August 1, 2018___, at Honolulu, Hawaii.

_____
UNITED STATES MAGISTRATE JUDGE