ORIGINAL

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MICHAEL F. ALBANESE #9421
MICHAEL NAMMAR
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
michael.albanese@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 15 2018
at 11 o'clock and 20 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR 18-00115 HG |
| Plaintiff, | INDICTMENT |
| vs. | [21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 841(b)(1)(C), and 846; 18 U.S.C. §§ 922(g)(1) and 924(c)(1)(A)] |
| JONAH ORTIZ, (01) WAYNE MILLER, (02) | |
| Defendants. | |

INDICTMENT

The Grand Jury charges:

Count 1
Conspiracy to Distribute and
Possess With Intent to Distribute Methamphetamine
(21 U.S.C. § 846)

From a precise date unknown, but by at least February 2018, and continuing to on or about August 8, 2018, within the District of Hawaii and elsewhere, JONAH ORTIZ and WAYNE MILLER, the defendants, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons known and unknown to the Grand Jury, to distribute and possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

Count 2
Distribution of Methamphetamine
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A))

On or about July 13, 2018, within the District of Hawaii, WAYNE MILLER, the defendant, did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

Count 3
Possession with Intent to Distribute Methamphetamine
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about August 1, 2018, within the District of Hawaii, WAYNE MILLER, the defendant, did knowingly and intentionally possess with intent to distribute methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

Count 4
Felon in Possession of a Firearm
(18 U.S.C. § 922(g)(1))

On or about August 1, 2018, within the District of Hawaii, WAYNE MILLER, the defendant, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, firearms and ammunition, namely, a HI-Standard Model B .22 caliber pistol, a Smith & Wesson .357 Magnum caliber revolver, and

3

corresponding ammunition, said firearms and ammunition having been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

<u>Count 5</u>
Possession with Intent to Distribute Methamphetamine
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A))

On or about August 8, 2018, within the District of Hawaii, JONAH ORTIZ, the defendant, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

<u>Count 6</u>
Possession with Intent to Distribute Heroin
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about August 8, 2018, within the District of Hawaii, JONAH ORTIZ, the defendant, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

4

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### Count 7
Possession with Intent to Distribute Oxycodone
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about August 8, 2018, within the District of Hawaii, JONAH ORTIZ, the defendant, did knowingly and intentionally possess with intent to distribute oxycodone, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### Count 8
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(18 U.S.C. § 924(c)(1)(A))

On or about August 8, 2018, within the District of Hawaii, JONAH ORTIZ, the defendant, did knowingly possess a firearm, namely, a .40 caliber chrome-colored pistol, in furtherance of one or more drug trafficking crimes for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute 50 Grams or More of Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) (Count 6), Possession with Intent to Distribute Heroin, in violation of Title 21, United States Code, Sections

841(a)(1) and 841(b)(1)(C) (Count 7), and Possession with Intent to Distribute Oxycodone, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) (Count 8).

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

Count 9
Felon in Possession of a Firearm
(18 U.S.C. § 922(g)(1))

On or about August 8, 2018, within the District of Hawaii, JONAH ORTIZ, the defendant, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm and ammunition, namely, a .40 caliber chrome-colored pistol, said firearms and ammunition having been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

FIRST FORFEITURE ALLEGATION

1.   The allegations set forth in Counts 1, 2, 3, 5, 6, and 7 of this Indictment are hereby re-alleged and incorporated by reference as though set forth in full herein for the purpose of noticing forfeiture pursuant to Title 28, United States Code, Section 2461(c), and Title 21 United States Code, Section 853.

2. The United States hereby gives notice that, pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 841(a)(1) or 846, JONAH ORTIZ and WAYNE MILLER, the defendants, shall forfeit to the United States of America any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses, including but not limited to the sum of $2,400.00, the amount paid by the undercover DEA agent to WAYNE MILLER on July 13, 2018.

3. If any of the property described in paragraph 2 above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property up to the value of the property described above in paragraph 2, pursuant to 21 U.S.C. § 853(p).

## SECOND FORFEITURE ALLEGATION

1. The allegations contained in Counts 4, 8, and 9 of this Indictment are incorporated by reference as though set forth in full herein for the purpose of noticing forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2. The United States hereby gives notice that, upon conviction of the offenses in violation of Title 18, United States Code, Sections 922(g) and 924(c)(1)(A) set forth in Counts 4, 8, and 9 of this Indictment, JONAH ORTIZ and WAYNE MILLER, the defendants, shall forfeit to the United States any firearms and ammunition involved in or used in the commission of those offenses, including but not limited to the following:

   a. One HI-Standard Model B, .22 caliber pistol seized from MILLER's black Ford Crown Victoria LX on August 1, 2018.

   b. One Smith & Wesson .357 Magnum revolver seized from MILLER's black Ford Crown Victoria LX on August 1, 2018.

   c. One .40 caliber chrome-colored handgun and ammunition seized from the glove box of ORTIZ's white Honda sedan on August 8, 2018.

    d. .40 caliber ammunition seized from ORTIZ's bedroom closet on August 1, 2018.

  3. If by any act or omission of the defendants, any of the property subject to forfeiture described in paragraph 2 herein:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty,

//

//

//

//

//

//

//

//

//

the United States of America will be entitled to forfeiture of substitute property up to the value of the property described above in paragraph 2, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

DATED: August 15, 2018, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson

_____
FOREPERSON, GRAND JURY


_____
KENJI M. PRICE
United States Attorney
District of Hawaii

_____
MICHAEL F. ALBANESE
Assistant U.S. Attorney


United States v. Jonah Ortiz, et al
Indictment

10